# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00717-CR

**Annie A. Behrens, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 42,286, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Annie A. Behrens perfected this appeal from a conviction for assault. Behrens was represented by retained counsel at trial, but counsel was appointed for the appeal. Appellate counsel filed a request for a free record, but this request was not accompanied by an affidavit of indigence signed by Behrens. *See* Tex. R. App. P. 20.2. Counsel has informed the Court that the trial court is unwilling to act on the record request unless and until Behrens submits the missing affidavit. Counsel states that he has been unable to obtain an affidavit because he has been unable to contact Behrens at her only known address. Meanwhile, the reporter's record is now overdue.

To avoid further delays and protect the rights of the parties, the appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether Behrens is presently indigent. *See* Tex. R. App. P. 37.3. If the court finds that Behrens is indigent, it shall order the preparation of the reporter's record at no cost to appellant. Copies of all findings, conclusions,

and orders, and a transcription of the reporter's notes if a hearing is held, shall be tendered for filing in this Court no later than June 6, 2008.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Abated

Filed:   May 7, 2008

Do Not Publish